IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:17-mj-558 |
| | ) | |
| JAVELL MARQUES JOHNSON, | ) | Hon. Ivan D. Davis |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS WITHOUT PREJUDICE

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Carina A. Cuellar, Assistant United States Attorney, hereby moves this Honorable Court pursuant to FED. R. CRIM. P. 48(a) to dismiss the complaint without prejudice as to the defendant, Javell Marques Johnson.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Carina A. Cuellar
Assistant United States Attorney